# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-1864
_____

QUSHAWN WILLIAMS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

July 30, 2019

PER CURIAM.

The petition for belated appeal is denied. *See* Fla. R. App. P. 9.141(c)(5)(A).

ROBERTS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Qushawn Williams, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.